| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rufe, Cynthia M. | USDC, Eastern District of PA | 08/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse<br>601 Market Street<br>Phila., PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner (12.5%) | Ten Centre Associates - please see Sect. VIII, attached |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994-02 | PA State Employees Retirement System- Pension upon Retirement |
| 2. | |
| 3. | |

RECEIVED 2010 AUG 13 A 11: 06 JUDICIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M. | 08/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | PSERS Pension Benefits (see Part II Agreements) | $192,406.29 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bucks County Bar Association, Doylestown, PA 18901 | Sept. 24-26, 2009 | Cambridge, Md. | Bench-Bar Conference (speaker) | Room/ meals for two nights for Judge ▨ -both speakers |
| 2. | American Bar Association--TIPS Litigation Section-Annual Spring Conference and CLE | April 1-3, 2009 | Phoenix, Arizona | Conference panelist (for two sessions) | Room/transportation for two nights for Judge only |
| 3. | Philadelphia Bar Association, Philadelphia, PA | Oct. 23-24, 2009 | Atlantic City, N.J. | Bench-Bar Conference (speaker) | Room/meals for one night for Judge ▨ |
| 4. | NYIPLA | March 27-28, 2009 | NYC, NY | Annual Dinner in Honor of the Federal Judiciary | Room/meals for one night for Judge ▨ |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M. | 08/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commercial Real Estate, Newtown, Bucks County, PA | E | Rent | M | W | | | | | |
| 2. First National Bank (Accounts) | A | Interest | J | T | | | | | |
| 3. Fidelity Independence Fund (Mutual Funds, IRA) | A | Dividend | | | Closed | 10/21/09 | K | E | |
| 4. Pa. State Employees Retirement System (pension)* | G | Distribution | N | W | Distributed (part) | 2/1/09 | M | | |
| 5. UVSP | A | Dividend | | | Sold | 9/23/09 | J | B | |
| 6. AT&T | B | Dividend | | | Sold | 11/12/09 | K | E | |
| 7. PNC | A | Dividend | | | Sold | 4/9/09 | K | D | |
| 8. PPL | A | Dividend | | | Sold | 11/11/09 | J | A | |
| 9. Wells Fargo(WB) | A | Dividend | | | Sold | 6/12/09 | J | A | |
| 10. UVSP | D | Dividend | L | T | Sold (part) | 11/12/09 | M | G | |
| 11. First National Bank-IRA | A | Interest | | | Closed | 11/21/09 | M | A | |
| 12. | | | | | | | | | |
| 13. BAC | | None | | | Buy | 4/09/09 | J | | |
| 14. BAC | A | Dividend | | | Sold | 6/2/09 | J | D | |
| 15. Pa. State Employees Retirement System (pension)* | | None | M | T | | | | | |
| 16. CMCSA | | None | | | Sold | 4/20/09 | J | | |
| 17. Marriott Vacation Club timeshares. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. BITI | | None | | | Sold | 11/11/09 | J | B | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. Unisys | | None | | | Sold | 11/10/09 | K | D | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. Lycoming Co. College Authority | A | Interest | | | Sold | 9/29/09 | J | | |
| 29. Carbon Co. Teen School Authority | A | Interest | | | Sold | 9/29/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M. | 08/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions (continued from Page 1)

3. Ten Centre Associates is a partnership in which I hold 12.5% ownership of commercial real estate, Ten Centre Plaza, Newtown, Pennsylvania. The real estate holds a long-term lease with the Pennsylvania Liquor Control Board and another separate tenant. I am a general partner and have only a passive investment interest. I am not involved in the management or the daily operations of the partnership or the property.

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M. | 08/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544